BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | ADVANCE HEARING AND |
| | ) | ORDER |
| CARLOS MENDEZ-SOSA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, by and through his attorney, E. MARSHALL HODGKINS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 14, 2012, hearing date as to this defendant and reset the matter for a change of plea on April 23, 2012, at 10:00 a.m.

DATED: April 16, 2012                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

/s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Attorney for Defendant
Carlos Mendez-Sosa

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to April 23, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated: _____April 18, 2012_____

CHIEF UNITED STATES DISTRICT JUDGE

2